IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PALACE HOTEL & SUITES,

   Plaintiff,

v.                                Case No. 2:23-cv-00132-KG-JHR

WESTERN WORLD
INSURANCE COMPANY,

   Defendant.

**ORDER APPROVING STIPULATED JUDGMENT OF DISMISSAL**

This matter comes before the Court on the parties' stipulation that this action be dismissed. The Court approves the stipulation.

IT IS HEREBY ORDERED BY THE COURT that the Stipulation and Settlement Agreement are approved and that this case is dismissed in its entirety and with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED:

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

By: */s/ Charles J. Vigil*
Charles J. Vigil
Post Office Box 1888
Albuquerque, NM 87103
cvigil@rodey.com

*Attorneys for Defendant*

**VANDENBOUT LAW, PLLC**

By: */s/ Lawrence A. VandenBout*
Lawrence A. VandenBout, Esq.
Office: 1550 Wewatta St., Floor 2
         Denver, CO 80202
Phone:  720-901-2984
Email:  Lawrence@vandenboutlaw.com

*Attorneys for Plaintiff*

4323983v1